Argued and submitted June 27, affirmed August 13, 2008

ANTHONY BLAKE ELLIOTT,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A127739

191 P3d 670

Irene B. Taylor, Deputy Public Defender, argued the cause for petitioner. With her on the briefs were Peter Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Erin C. Lagesen, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Ryan Kahn, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Huckleberry, Judge pro tempore.

PER CURIAM

Affirmed. *Cole v. Board of Parole*, 220 Or App 362, 186 P3d 321 (2008).